IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 11-24576-GLT |
| | : | |
| JOHN STEWART | : | CHAPTER 13 |
| ROBIN STEWART | : | |
| | : | |
| DEBTORS | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| RESPONDENT | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 7, 2016 at docket number 96 & 97 , Debtors, John & Robin Stewart complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 12/12/2016_____     /s/ Edgardo D. Santillan_____
                              Edgardo D. Santillan Esquire
                              PA ID No. 60030
                              SANTILLAN LAW FIRM, P.C.
                              775 Fourth St.
                              Beaver, PA 15009
                              724-770-1040
                              eds@debtlaw.com

**PAWB Local Form 24 (07/13)**