IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/6/17 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JOHN STEWART
   ROBIN STEWART
       Debtor(s)

   Ronda J. Winnecour
       Movant
      vs.
   No Repondents.

Case No.:11-24576

Chapter 13

Document No.:   89

## ORDER OF COURT

AND NOW, this ____6th____ day of ____January____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: January 06, 2017

_____
Gregory L. Taddonio    **jah**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-24576-GLT
John Stewart                                                              Chapter 13
Robin Stewart
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Jan 06, 2017
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
```
db/jdb         +John Stewart,    Robin Stewart,    5338 Fieldcrest Drive,    Pittsburgh, PA 15236-1708
13130552       +ASHRO LIFESTYLE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13323835       +Baldwin-Whitehall School District,    c/o Derek K. Koget, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13231729       +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant St 14th Floor,
                 Pittsburgh PA 15219-6101
13130553      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13179851       +COUNTRY DOOR,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13130554       +Cbcs,    Po Box 164089,    Columbus, OH 43216-4089
13130555       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13231727       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh PA 15219-6101
13230158        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA  15219
13130556       +Er Solutions,    800 Sw 39th St,    Renton, WA 98057-4975
13130557       +Fidelity Properties In,    220 E Main St,    Alliance, OH 44601-2423
13130558       +GINNY'S,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13130559       +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
14046221      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,    Dallas, TX 75261-9741)
13130560        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13130561       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13130564       +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13130565       +Through The Country Do,    1112 7th Ave,    Monroe, WI 53566-1364
13130566       +Udren Law Offices, PC,    Attn: Daniel S. Siedman, Esquire,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2017 01:30:21
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13163602       +E-mail/Text: bncmail@w-legal.com Jan 07 2017 01:21:27     CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13155704       +Fax: 407-737-5634 Jan 07 2017 01:43:27      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
                 West Palm Beach, FL 33409-6493
13130562        Fax: 407-737-5634 Jan 07 2017 01:43:27      Ocwen Loan Servicing, LLC,    PO Box 24737,
                 West Palm Beach, FL 33416-4737
13196789        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2017 01:30:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13159902        E-mail/Text: ebn@vativrecovery.com Jan 07 2017 01:20:58     Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 PO Box 40728,    Houston TX 77240-0728
13130563       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2017 01:30:09
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13986555        E-mail/PDF: rmscedi@recoverycorp.com Jan 07 2017 01:30:21
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13171638        E-mail/Text: appebnmailbox@sprint.com Jan 07 2017 01:21:17     Sprint Nextel  Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Whitehall
cr              Duquesne Light Company
cr              New Residential Mortgage Loan Trust 2014-3
cr              Ocwen Loan Servicing, LLC
cr              The Bank of New York Mellon, as Trustee for Amorti
cr*            +Baldwin-Whitehall School District,    c/o Derek K. Koget, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX  75261-9741)
13137101      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 6, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: aala              Page 2 of 2              Date Rcvd: Jan 06, 2017
                              Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

```
          Anicia M. Ogonosky-Gau    on behalf of Debtor John  Stewart amogonosky@yahoo.com,
           anicia0425@yahoo.com;edscourt@debtlaw.com;edscourt@gmail.com
          Anicia M. Ogonosky-Gau    on behalf of Joint Debtor Robin  Stewart amogonosky@yahoo.com,
           anicia0425@yahoo.com;edscourt@debtlaw.com;edscourt@gmail.com
          Derek K. Koget    on behalf of Creditor    Baldwin-Whitehall School District dkoget@tuckerlaw.com,
           cnoroski@grblaw.com
          Edgardo D. Santillan    on behalf of Joint Debtor Robin  Stewart eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Debtor John  Stewart eds@debtlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Baldwin-Whitehall School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Karina Velter    on behalf of Creditor    New Residential Mortgage Loan Trust 2014-3
           amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Braunstein    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
           Amortizing Residential Collateral Trust Mortgage Pass-Through Certificates, Series 2002-BC1
           sbraunstein@udren.com,  vbarber@udren.com
          Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
           vbarber@udren.com
                                                                                              TOTAL: 15
```